IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATED OF JOSEPH DANIEL MALDONADO, et al.,<br>          Plaintiff(s), | |
| vs. | 2:06CV02696-MCE/GGH |
| SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants.            / | SUMMARY ORDER |

Previously pending on this court's law and motion calendar for November 15, 2007, was plaintiffs' motion to compel production of documents from non-party California Office of the Inspector General ("OIG") pursuant to a subpoena duces tecum. Both OIG and defendants filed an opposition to which plaintiffs filed a reply. Stewart Katz appeared for plaintiffs. Barbara Sheldon appeared for non-party OIG. Monica Anderson appeared for defendants. After hearing, the court issues the following summary order.[1]

For the reasons stated at hearing, IT IS ORDERED that:

1. Plaintiffs' motion to compel production of documents, filed October 9, 2007, is granted.

---

[1] An explanatory order will follow at a later date.

1

1  　　　　　　2. OIG shall produce all requested discovery by November 30, 2007. Production
2 may take place pursuant to a stipulated protective order.
3  　　　　　　3. If OIG has any documents for which it seeks in camera review, it may present
4 them to the court by November 26, 2007.
5 DATED: 11/16/07　　　　　　　　　　　　　/s/ Gregory G. Hollows

6 　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE
7 GGH:076
　Maldonado2696.sum

2