UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOSEPH DANIEL MALDONADO, deceased, by and through SABRINA PEREZ, as successor interest; SABRINA PEREZ, individually; and RENEE M. NUNEZ, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>Secretary of the California Department of Corrections and Rehabilitation RODERICK HICKMAN; Deputy Director of Institutions and Camps YVETTE MARC-AURELE; Acting Superintendent of N.A. Chaderjian Youth Correctional Facility ERIC UMEDA; and DOES I through XL, inclusive,<br><br>    Defendants. | No. 2:06-cv-02696-MCE-GGH<br><br><br><br><br><br><br>MEMORANDUM AND ORDER |

----oo0oo----

By way of this Motion, Plaintiffs seek to amend their Complaint to conform the factual allegations to information gathered during the course of discovery.

1

1  On December 26, 2007, Defendants filed a Notice of Non-Opposition
2  to said Motion to Amend, requesting forty-five (45) days to
3  respond.  Plaintiffs do not oppose this extension to respond.
4     Rule 15(a) provides that "leave [to amend] shall be freely
5  given when justice so requires." Fed. R. Civ. P. 15(a).  The
6  policy of favoring amendments to pleadings, as evinced by
7  Rule 15(a), "should be applied with extreme liberality." <u>United
8  States v. Webb</u>, 655 F.2d 977, 979 (9th Cir. 1981).  The Pretrial
9  Scheduling Order issued in this case requires good cause to amend
10 the pleadings.  The proposed amendments seek to conform
11 Plaintiffs' complaint to the information gathered during
12 discovery.  In view of Defendants' non-opposition to Plaintiffs'
13 request, the Motion to Amend is hereby GRANTED.
14    Plaintiffs have already filed a Proposed First Amended
15 Complaint on December 20, 2007 (see Exhibit 2 to this Motion).
16 The proposed Amended Complaint is hereby deemed properly filed as
17 of the date of this Order.  Defendants shall respond in
18 accordance with the Rules of Civil Procedure and the Local Rules
19 within forty-five (45) days.
20    IT IS SO ORDERED.

Dated: April 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE