UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOSEPH DANIEL MALDONADO, et al.,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK HICKMAN, et al.,<br><br>Defendants. | Case No. 2:06-cv-02696 MCE GGH<br><br>**ORDER STAYING LITIGATION PENDING SETTLEMENT NEGOTIATION** |

The Court, having considered the parties' stipulation for an order staying litigation pending settlement negotiation, and good cause showing, orders that the order filed on April 14, 2008, requiring Defendants to answer within forty-five days, shall be vacated; the litigation in this action shall be stayed for 120 days from the date of this order to permit the parties to negotiate a settlement; if no settlement is reached at the end of 120 days, the parties shall either seek additional time to reach a settlement, or request that the court lift the stay. If the stay is lifted, Defendants shall have forty-five days to file a response to the complaint.

IT IS SO ORDERED

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE