**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364

Attorney for Plaintiffs
Estate of JOSEPH DANIEL MALDONADO, deceased, by and through SABRINA PEREZ, as successor in interest; SABRINA PEREZ, Individually; and RENEE M. NUNEZ, Individually

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOSEPH DANIEL MALDONADO, deceased, by and through SABRINA PEREZ, as successor interest; SABRINA PEREZ, Individually; and RENEE M. NUNEZ, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>Secretary of the California Department of Corrections and Rehabilitation RODERICK HICKMAN; Deputy Director of Institutions and Camps YVETTE MARC-AURELE; Acting Superintendent of N.A. Chaderjian Youth Correctional Facility ERIC UMEDA; N.A. Chaderjian Youth Correctional Counselor J. CRAIN; N.A. Chaderjian Youth Correctional Counselor D. SMALL; N.A. Chaderjian Youth Correctional Counselor MATTHEW D'VALENTINE; N.A. Chaderjian Youth Correctional Counselor R. YOUTSEY; N.A. Chaderjian Youth Correctional Cadet ROBERT E. SUTTON; N.A. Chaderjian Control Sergeant J. BARRETT; and Acting Superintendent of N.A. Chaderjian Youth Correctional Facility ERIN BROCK,<br><br>Defendants.<br>_____/ | # 2:06-CV-02696-MCE-GGH<br><br>**STIPULATION AND ORDER TO CHANGE THE SETTLEMENT CONFERENCE DATE** |

Stipulation and Proposed Order to Change Settlement Conference Date                                                                1

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modification and/or amendment to this Court's Pretrial Scheduling Order of March 26, 2007:

- That the settlement conference, scheduled for June 3, 2008 at 9:00 a.m. be moved to Monday August 11, 2008 at 9:00 a.m.

The parties contend there is good cause for this request in that the defendants need additional time to receive the proper authority to engage in meaningful settlement discussion and that on May 1, 2008 this action was stayed 120 days pursuant to the Court's Order Staying Litigation Pending Settlement Negotiation.

Dated: May 27, 2008    LAW OFFICE OF STEWART KATZ

By:  /s/ Stewart Katz
     STEWART KATZ
     Attorney for Plaintiffs

Dated: May 27, 2008    ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By:   /s/ David A. Carrasco
      DAVID A. CARRASCO
      Attorney for Defendants

**IT IS SO ORDERED.**

Dated: 05/30/08    /s/ Gregory G. Hollows
                   United States Magistrate Judge

Maldonado.eot