IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Estate of JOSEPH DANIEL MALDONADO, et al.,

      Plaintiff,                           No. CIV S-06-2696 MCE GGH

      vs.                                 ORDER

RODERICK HICKMAN, et al.,

      Defendant.

_____/

On August 11, 2008, the parties, along with counsel, met in settlement conference. Appearances were placed on the record. The case settled and the terms of the settlement were placed on the record.

All previously scheduled dates in this case are vacated. Dispositional papers shall be filed no later than five court days after the State of California has approved the budget presently under debate, said budget approval including funding provisions for CDCR.

The court retains jurisdiction to enforce the terms of settlement.

Dated: 08/15/08

                                          /s/ Gregory G. Hollows
                                          _____
                                          U.S. Magistrate Judge

GGH:gh:035 - maldonado.set