1 | EDMUND G. BROWN JR., Attorney General
   | of the State of California
2 | DAVID S. CHANEY
   | Chief Assistant Attorney General
3 | ROCHELLE C. EAST
   | Senior Assistant Attorney General
4 | MONICA N. ANDERSON
   | Supervising Deputy Attorney General
5 | DAVID A. CARRASCO, SBN 160460
   | Supervising Deputy Attorney General
6 |    1300 I Street, Suite 125
   |    P.O. Box 944255
7 |    Sacramento, CA 94244-2550
   |    Telephone: (916) 323-1938
8 |    Fax: (916) 324-5205
   |    E-mail: David.Carrasco@doj.ca.gov
9 |
   | Attorneys for Defendants
10 | Hickman, Marc-Aurele, and Umeda
   | SA2006303294

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| Estate of JOSEPH DANIEL MALDONADO, et al., | No. 2:06-cv-02696 MCE GGH |
|---|---|
| Plaintiff, | **AMENDED ORDER RE SETTLEMENT AND DISMISSAL OF ACTION** |
| v. | |
| RODERICK HICKMAN, et al., | |
| Defendants. | |

On August 11, 2008, the parties, along with counsel, met in settlement conference. Appearances were placed on the record. The case settled and the terms of the settlement were placed on the record. All previously scheduled dates in this case are vacated.

Under terms of the settlement agreement, Defendants shall pay the settlement amount within ninety days from the date that the State of California funds CDCR with a new budget. Dispositional papers shall be filed no later than five days after the settlement amount is paid.

///

///

---

PROPOSED AMENDED ORDER RE SETTLEMENT AND DISMISSAL OF ACTION

1

1 | The Court retains jurisdiction to enforce the terms of settlement.

2

3 | Dated: August 19, 2008

GREGORY G. HOLLOWS
U.S. Magistrate Judge